# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00504-CV

### In re Texas Department of Family and Protective Services

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's contempt order issued in the underlying proceeding. This Court thereafter received a copy of the trial court's amended further orders, which withdrew and superseded the contempt order at issue. *See In re Kellogg Brown & Root, Inc*., 166 S.W.3d 732, 737 (Tex.2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *see also In re Estate of Hastings*, No. 07-16-00053-CV, 2017 WL 1151936, at *3 (Tex. App.—Amarillo Mar. 23, 2017, no pet.) (per curiam) (mem. op.) ("[A]n amended order generally supersedes and nullifies the order it amends.").

Accordingly, we dismiss the petition for writ of mandamus as moot. We also lift our stay of the withdrawn and superseded contempt order.

_____

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Smith

Filed: November 16, 2021